CHILDS *v.* MORAN.

FISH, J.    1. The record disclosing that the case now under review was tried in the magistrate's court in accordance with an order of the superior court, which was adjudged by this court, in 110 *Ga.* 871, to be correct, and it appearing that the verdict rendered in this last trial was demanded by the evidence as set forth in the magistrate's answer, the superior court erred in setting it aside on certiorari.

2. Points made in a petition for certiorari not verified by the magistrate's answer present nothing for determination either by the superior or the Supreme Court.                    *Judgment reversed.    All the Justices concurring.*

Argued November 14, — Decided December 11, 1901.

Motion for rehearing denied December 20, 1901.

Certiorari.    Before Judge Reagan.    Monroe superior court. March 7, 1901.

*Persons & Persons*, for plaintiff in error.    *W. M. Clark*, contra.